IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BRICKMAN CONCERTS, INC., | ) | Case No.: 8:09-cv-00434 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| EXCEPTIONAL ENTERPRISES, INC., | ) | |
| d/b/a EXCEPTIONAL ARTISTS, | ) | |
| | ) | |
| Defendant. | ) | |

On this 22nd day of June, 2010, this matter comes before the Court on consideration of the Stipulation for Dismissal with Prejudice entered into between the Plaintiff and the Defendant.

IT IS THEREFORE ORDERED by the Court that the Stipulation for Dismissal is granted, that this action is dismissed with prejudice, each party to pay their own costs and that a complete record be waived.

BY THE COURT

*s/ Joseph F. Bataillon*
United States District Court

314547

- 1 -